UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-20463-Civ-COOKE/GOODMAN

MARIO R. MARIN,

    Plaintiff,

vs.

GREAT WASTE AND
RECYCLING SERVICES LLC,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION ON JOINT MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT AND DISMISSING CASE**

**THIS MATTER** is before the Court upon the Parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (the "Joint Motion") (ECF No. 20). On October 5, 2020, the Undersigned referred the Parties' Joint Motion to U.S. Magistrate Judge Jonathan Goodman for a report and recommendation. ECF No. 22. Judge Goodman then held a fairness hearing on the Parties' Joint Motion on October 16, 2020. *See* ECF No. 25. On that same day, Judge Goodman issued his Report and Recommendation on FLSA Settlement (the "Report"). ECF No. 26. In his Report, Judge Goodman recommends that the Undersigned "find that the parties' settlement agreement is fair and reasonable, approve the settlement . . . dismiss this action with prejudice . . . reserve jurisdiction to enforce the terms of the parties' settlement, close the case, and deny all pending motions as moot." *Id.* at p. 3.

Neither party objected to Judge Goodman's Report and the time to do so has long since passed. Moreover, after reviewing Judge Goodman's Report, I find the Report to be clear, cogent, and compelling. Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Undersigned finds the Parties' Settlement Agreement to be fair and reasonable, and, therefore, **APPROVES** the Parties' settlement.
2. The Parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (ECF No. 20) is **GRANTED**.

3. This case is **DISMISSED WITH PREJUDICE**.
4. The Court reserves jurisdiction to enforce the terms of the Parties' settlement.
5. The Clerk of Courts is directed to **CLOSE** this case. All pending motions, if any, are **DENIED AS MOOT**.

**DONE and ORDERED** in Chambers at Miami, Florida this 9th day of April 2021.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*